IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-209-MOC-DCK

| | |
|---|---|
| STEPHEN C. LUCAS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FAMILY DOLLAR STORES OF NORTH CAROLINA, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., has filed a "Certification Of ADR Session" (Document No. 18) notifying the Court that the parties reached a settlement on or about December 19, 2014. The Court commends the parties and Mr. Carlson for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 20, 2015**.

Signed: December 23, 2014

David C. Keesler
United States Magistrate Judge